# UNITED STATES BANKRUPTCY COURT — NORTHERN DISTRICT OF IOWA
## PROCEEDING MEMO AND ORDER

IN RE:   MICHAEL BATES
         VANESSA BATES

Ch. 7

Bankruptcy No. 09-03551S

Date of Hearing: May 7, 2010

APPEARANCES:

For Debtors: *No one*

For Parties-In-Interest:

Case Trustee: *No one*

U.S. Trustee:

NATURE OF PROCEEDING:    In Court

**Failure to Pay Final Filing Fee Installment**

OUTCOME OF PROCEEDING:

✓ The matter having been submitted,
___ Having been informed that the matter is settled,
___ And findings of fact and conclusions of law having been orally stated,

IT IS ORDERED THAT:

___ The matter is taken under advisement.
    Simultaneous Briefs are due _____
    Debtor(s)' Brief is due _____
    Movant's Brief is due _____
    Reply Brief _____
___ Settlement documents are to be submitted within ___ days or the matter will be dismissed without further notice or hearing pursuant to Local Rules.
___ JUDGMENT is entered as follows pursuant to Fed. R. Bankr. P. 9021. [ ] EJ
✓ Other:

*Case will not be dismissed for failure to pay filing fee in full. Case will proceed.*

Dated and Entered May 12, 2010

William L. Edmonds, Bankruptcy Judge