# UNITED STATES BANKRUPTCY COURT - NORTHERN DISTRICT OF IOWA
## PROCEEDING MEMO AND ORDER

IN RE:   MICHAEL BATES                              Ch. 7
         VANESSA BATES
                                                    Bankruptcy No. 09-03551S

Date of Hearing: May 7, 2010

APPEARANCES:

For Debtors:  No one

For Parties-In-Interest:

Case Trustee:  No one

U.S. Trustee:

NATURE OF PROCEEDING:        In Court

**Trustee's Motion to Turn Over Non-exempt Tax Refunds (doc. 26)**

OUTCOME OF PROCEEDING:

✓ The matter having been submitted, without resistance
__ Having been informed that the matter is settled,
__ And findings of fact and conclusions of law having been orally stated,

IT IS ORDERED THAT:

__  The matter is taken under advisement.
    Simultaneous Briefs are due _____
    Debtor(s)' Brief is due _____
    Movant's Brief is due _____
    Reply Brief _____
__  Settlement documents are to be submitted within ___ days or the matter
    will be dismissed without further notice or hearing pursuant to Local
    Rules.
✓  JUDGMENT is entered as follows pursuant to Fed. R. Bankr. P. 9021. [ ] EJ
__  Other:

Motion granted. Debtor shall turn over $1,814.00 to the trustee.

Dated and Entered May 12, 2010

William L. Edmonds, Bankruptcy Judge